UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDKIEY HURLEY,

          Plaintiff,

- against -

219 MULBERRY, LLC,

          Defendants.

**ORDER**

19 Civ. 1109 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff initiated this action on February 5, 2019. (Dkt. No. 1) Defendant filed a notice of appearance on February 26, 2019. (Dkt. No. 5) On April 2, 2019, the parties agreed to extend Defendant's time to file an Answer to April 29, 2019. (Dkt. No. 11) Since that time, Defendant has not filed an Answer, and the parties have not taken any other action in connection with this case.

    Accordingly, it is hereby ORDERED that Plaintiff shall submit a motion for default judgment by **January 8, 2020**. If Plaintiff fails to file his motion by that time, this case will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

Dated: New York, New York
       December 11, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge